UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHANNA R. DE LOS REYES,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. 2:11-cv-03115-DFM<br><br>[~~PROPOSED~~] JUDGMENT |

　　Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Date: August 21, 2024

　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　HON. DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-